Cynthia GERNERT and George
Gernert, Petitioners,

v.

DEPARTMENT OF THE
ARMY, Respondent.

No. 00–3423, 00–3424.

United States Court of Appeals,
Federal Circuit.

July 19, 2001.

ORDER

Petitioner having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.